THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Respondent, *v.* ISIDORE KATZ, Appellant.

(Argued December 3, 1935; decided January 7, 1936.)

*David Goldstein* and *Thomas G. Frost* for appellant.
*Victor E. Whitlock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Not sitting: FINCH, J.